**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **TLC Medical Group, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-4855229** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**537 NW Lake Whitney Place**<br>**Suite 103-106**<br>**Port Saint Lucie, FL 34986**<br>Number, Street, City, State & ZIP Code<br>**Saint Lucie**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.tlchearts.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **TLC Medical Group, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**6211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| District | When | Case number |
|---|---|---|
| **Southern District of Florida** | **8/01/24** | **24-17881** |
| | | |

Debtor **TLC Medical Group, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **TLC Medical Group, Inc.**
Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

Debtor **TLC Medical Group, Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2024**
MM / DD / YYYY

*X* **/s/ Anthony Lewis**
Signature of authorized representative of debtor

**Anthony Lewis**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Susan D Lasky**
Signature of attorney for debtor

Date **November 4, 2024**
MM / DD / YYYY

**Susan D Lasky 451096**
Printed name

**Susan D. Lasky, PA**
Firm name

**320 SE 18 Street**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone **954-400-7474** Email address **Jessica@SueLasky.com**

**451096 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* ____________
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2024**

*X* **/s/ Anthony Lewis**
Signature of individual signing on behalf of debtor

**Anthony Lewis**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TLC Medical Group, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express POB 981535 El Paso, TX 79998** | | **Credit Card** | | | | **$11,317.65** |
| **Amur Equipment Finance, Inc 1 North Lexington Avenue Suite 1101 White Plains, NY 10601** | | **1 Philips Cardio dual head nuclear Gamma Camera and accesories; Radiation Dose calibrator;Ludium 14C Survey meter; Syringe shield ;Lead shield; Leade** | **Contingent Unliquidated Disputed** | **$58,701.00** | **Unknown** | **Unknown** |
| **Banker's Healthcare Group 10234 West State Road 84 Fort Lauderdale, FL 33324** | | **All Business Assets** | **Contingent Unliquidated Disputed** | **$314,169.75** | **$0.00** | **$314,169.75** |
| **BD CR Bard Inc POB 75767 Charlotte, NC 28275** | | | | | | **$25,570.00** |
| **Boston Scientific POB 951653 Dallas, TX 75395** | | | | | | **$10,980.00** |
| **C&W South Investments LLC 1860 SW Fountainview Blvd Suite 100 Port Saint Lucie, FL 34986** | | **October rent** | | | | **$11,389.03** |
| **Henry Schein 135 Duryea Rd Melville, NY 11747** | | | | | | **$11,116.90** |

Debtor **TLC Medical Group, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS***<br>**Insolvency Support Group Unit**<br>**Stop 5730**<br>**7850 SW 6 Ct, Room 165**<br>**Fort Lauderdale, FL 33318** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **Unknown** |
| **Jubilant Pharma**<br>**3525 N Regal**<br>**Spokane, WA 99207** | | | | | | **$9,698.25** |
| **Kapitus LLC**<br>**2500 Wilson Blvd**<br>**Suite 350**<br>**Arlington, VA 22201** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Kapitus LLC**<br>**2500 Wilson Blvd**<br>**Suite 350**<br>**Arlington, VA 22201** | | **Purchased Amount $365,050.00 Purchase Price $245,000.00 Net $139,500 & $93.760.00 5.6%** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$317,242.00** | **$0.00** | **$317,242.00** |
| **LG Funding LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **LG Funding LLC**<br>**1218 Union Street**<br>**Brooklyn, NY 11225** | | **10% of Receivables net funding of $48,950.00 Purchase Price $50,000.00 Purchased Amount $64,500.00** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **$30,816.00** | **Unknown** | **Unknown** |
| **McKesson Corp**<br>**6555 State Hwy 161**<br>**Irving, TX 75039** | | **Medical Supplies** | | | | **$4,577.38** |
| **Medtronic**<br>**51 James Way**<br>**Eatontown, NJ 07724** | | **Medical Equipment** | | | | **$15,000.00** |
| **QFS Capital**<br>**7901 4th Street N**<br>**Suite 13070**<br>**Saint Petersburg, FL 33702** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$93,600.85** |

Debtor **TLC Medical Group, Inc.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **QFS Capital 7901 4th Street N Suite 13070 Saint Petersburg, FL 33702** | | **Purchase Price $192,883.42 Ne $183,239.25 Purchased Percentage 12% Purchased Amount $287,396.29** | **Contingent Unliquidated Disputed** | **$168,190.97** | **Unknown** | **Unknown** |
| **Small Business Administration 2 North 20th Street, Ste 320 Birmingham, AL 35203** | | **Blanket Lien** | **Contingent Unliquidated Disputed** | **$353,100.00** | **$0.00** | **$353,100.00** |
| **UFS 71 S Central Ave Valley Stream, NY 11580** | | **Merchant Loan** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **YAIMARA VILCHES LEWIS care of Philip J. Castrovinci, Esq 584 NW University Blvd., Ste. 710 Port Saint Lucie, FL 34986** | | **Party to Divorce acttion with Debtor's prinicipal Anthony Lewis** | **Contingent Unliquidated Disputed** | | | **$1.00** |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **1,100,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **805,679.01** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **1,905,679.01** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **1,900,348.27** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **193,252.06** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **2,093,600.33** |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Checking Acct 2217**<br>**TD Bank** | | | **$7,583.20** |
| 3.2. | **Checking Acct 0272**<br>**South State Bank** | | | **$608.94** |
| 3.3. | **Payroll Checking Acct 5064**<br>**South State Bank** | | | **$1,056.98** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$9,249.12**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Debtor **TLC Medical Group, Inc.** Case number *(If known)*
Name

7.1. **Security Deposit with Landlord** **$21,450.40**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$21,450.40**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **296,840.36** | - | **0.00** | = .... | **$296,840.36** |
| 11a. 90 days old or less: | **711,184.63** | - | **300,000.00** | = .... | **$411,184.63** |
| 11b. Over 90 days old: | **1,156,225.20** | - | **1,156,225.20** | =.... | **$0.00** |
| 11b. Over 90 days old: | **423,368.04** | - | **423,368.04** | =.... | **$0.00** |

12. **Total of Part 3.** **$708,024.99**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

Debtor **TLC Medical Group, Inc.** Case number *(If known)*
Name

| | | | | | |
|---|---|---|---|---|---|
| 22. | **Other inventory or supplies**<br>**pens, markers, highlighters, paper, folders, paper towels, cleaning supplies, hand sanitizer, alcohol, computer paper** | | **$75.00** | | **$75.00** |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. **$75.00**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**5 exam beds, 4 exam tables, kitchen table & 5 chairs, refrigerator, microwave, 2 recliners, 5 Tv's, 1 scale** | **$0.00** | | **$1,217.50** |
| | **40 office chairs purchased in 2016** | **$0.00** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**1 Philips Cardio dual head nuclear Gamma Camera and accesories; Radiation Dose calibrator;Ludium 14C Survey meter; Syringe shield ;Lead shield; Leaded sharp container ; Hot lab bricks; lead waste container Radion Wash Kit Heavy duty hot lab kit** | **$0.00** | | **Unknown** |

Debtor **TLC Medical Group, Inc.** Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| **4 computers, 4 laptops, 4 printers, 15 phones, fax machine & printer, 6 scanners, 14 keyboards, 14 mous** | **$0.00** | | **$2,662.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$4,879.50**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2 treadmills, 1 GE nuclear camera, 1 echocardiogram, 3 ultrasound machines, 1 peleton bike** | **$0.00** | | **$22,000.00** |

51. **Total of Part 8.** **$22,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

Debtor **TLC Medical Group, Inc.** Case number *(If known)*
Name

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Commercial Lot located at : NorthWest Courtyard Circle Port Saint Lucie, FL 34986 and which is legally described as: Lot 48, St. Lucie West Plat No. 184 St. Lucie Center - Rep lat, according to the map or plat thereof as recorded in Plat Book 57, Page 33, Public Records of Saint Lucie County, Florida** | **Fee Simple** | **$0.00** | **Sales Contract** | **$1,100,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$1,100,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **www.tlchearts.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |

Debtor **TLC Medical Group, Inc.** Case number *(If known)*
Name

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| | Total face amount | | doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **Promissory Note from Anthony Lewis MD & Yamaira Vilches Lewis** | **0.00** | - | **0.00** | = | **Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Yamaira Vilches Lewis** **Unknown**
**Nature of claim**
**Amount requested** **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**money being held in escrow by title company** **$40,000.00**

Debtor **TLC Medical Group, Inc.**
Name
Case number *(If known)*

78. **Total of Part 11.** **$40,000.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B Schedule A/B Assets - Real and Personal Property page 7

Debtor **TLC Medical Group, Inc.**
Name

Case number *(If known)*

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$9,249.12** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$21,450.40** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$708,024.99** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$75.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,879.50** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$22,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | **$1,100,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | **$40,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$805,679.01** | + 91b. **$1,100,000.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$1,905,679.01**

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Amur Equipment Finance, Inc**
Creditor's Name

**1 North Lexington Avenue**
**Suite 1101**
**White Plains, NY 10601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/23/2021**

**Last 4 digits of account number**
**1586**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1 Philips Cardio dual head nuclear Gamma Camera and accesories; Radiation Dose calibrator;Ludium 14C Survey meter; Syringe shield ;Lead shield; Leaded sharp container ; Hot lab bricks; lead waste container Radion Wash Kit Heavy duty hot l**

**Describe the lien**
**Equipment lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: **$58,701.00**
Column B: **Unknown**

**2.2 Banker's Healthcare Group**
Creditor's Name

**10234 West State Road 84**
**Fort Lauderdale, FL 33324**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/29/2022**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All Business Assets**

**Describe the lien**
**Blanket Lien on all Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$314,169.75**
Column B: **$0.00**

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

**3389**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.3 **Barry Schnittman** — **$649,000.00** — **$1,100,000.00**
Creditor's Name

**PO Box 810215**
**Boca Raton, FL 33481-0215**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Commercial Lot located at : NorthWest Courtyard Circle Port Saint Lucie, FL 34986 and which is legally described as: Lot 48, St. Lucie West Plat No. 184 St. Lucie Center - Rep lat, according to the map or plat thereof as recorded in Pla**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Barry Schnittman**
**2. Port St Lucie Tax Collector**

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 **Kapitus LLC** — **$317,242.00** — **$0.00**
Creditor's Name

**2500 Wilson Blvd Suite 350**
**Arlington, VA 22201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/10/2022 & 07/17/2023**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Purchased Amount $365,050.00**
**Purchase Price $245,000.00**
**Net $139,500 & $93.760.00**
**5.6%**

**Describe the lien**
**Forward Purchase Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

**2.5 LG Funding LLC**
Creditor's Name

**1218 Union Street**
**Brooklyn, NY 11225**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/16.2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**10% of Receivables net funding of $48,950.00**
**Purchase Price $50,000.00**
**Purchased Amount $64,500.00**

**Describe the lien**
**Standard Merchant Cash Advance**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**$30,816.00** **Unknown**

---

**2.6 Port St Lucie Tax Collector**
Creditor's Name

**PO Box 308**
**Port Saint Lucie, FL**
**34953-0308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2024 tax**
**Last 4 digits of account number**
**3002**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**Commercial Lot located at :**
**NorthWest Courtyard Circle Port Saint Lucie, FL 34986 and which is legally described as: Lot 48, St. Lucie West Plat No. 184 St. Lucie Center - Rep lat, according to the map or plat thereof as recorded in Pla**

**Describe the lien**
**tax lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**$9,128.55** **$1,100,000.00**

---

**2.7 QFS Capital**
Creditor's Name

**7901 4th Street N Suite 13070**
**Saint Petersburg, FL 33702**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Purchase Price $192,883.42 Ne $183,239.25**
**Purchased Percentage 12%**
**Purchased Amount $287,396.29**

**Describe the lien**
**UCC- MCA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**$168,190.97** **Unknown**

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

**02/16/2024**
**Last 4 digits of account number**
**2272**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.8 **SBA***
Creditor's Name

**409 3rd Street W**
**Washington, DC 20024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** — **Unknown** — **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.9 **Small Business Administration**
Creditor's Name

**2 North 20th Street, Ste 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**September 21, 2020**
**Last 4 digits of account number**
**8207**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** — **$353,100.00** — **$0.00**
**Blanket Lien**

**Describe the lien**
**EIDL**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.10 **South State Bank NA**

**Describe debtor's property that is subject to a lien** — **Unknown** — **$0.00**

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

Creditor's Name

**200 South Indian River Dr**
**Fort Pierce, FL 34950**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/08/2023**
**Last 4 digits of account number**
**8918**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Blanket Lien UCC filed12/07/2021**
**collateral 17001003883 BR682**

**Describe the lien**
**LOC-$50,000.00**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,900,348.27**

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Assistant US Attorney**<br>**Civil Division (Bankruptcy)**<br>**99 NE 4 Street 3rd Floor**<br>**Miami, FL 33132** | Line **2.8** | |
| **Attorney General of the United States**<br>**US Dept of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530** | Line **2.8** | |
| **BHG Financial**<br>**201 Solar Street**<br>**Syracuse, NY 13204** | Line **2.2** | |
| **Dave Fishman, Attorney**<br>**Small Business Admin**<br>**409 3 St SW**<br>**Washington, DC 20024** | Line **2.8** | |
| **First Federal Savings Bank**<br>**301 East 9th Street PO Box 527**<br>**Rochester, IN 46975** | Line **2.2** | |
| **Raychelle Tasher, Esq**<br>**Asst US Atty Civil Div (Bkcy)**<br>**US Atty Office, Southern Dist**<br>**99 NE 4 St., Ste 300**<br>**Miami, FL 33132** | Line **2.8** | |

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

| Name and address | Line |
|---|---|
| **SBA***<br>**409 3rd Street W**<br>**Washington, DC 20024** | Line **2.9** |
| **US Atty**<br>**Southern Dist of Florida**<br>**99 NE 4 St**<br>**Miami, FL 33132** | Line **2.8** |
| **US Attys Office**<br>**500 E Broward Blvd**<br>**Fort Lauderdale, FL 33394** | Line **2.8** |
| **US Small Business Administration**<br>**Attn Garrett Lenox Paralegal Specialist**<br>**US SBA**<br>**200 West Santa Ana Blvd., Ste 740**<br>**Santa Ana, CA 92701** | Line **2.8** |
| **US Small Business Administration**<br>**South Florida District Office**<br>**SBA District Office**<br>**51 SW 1st Ave., Suite 201**<br>**Miami, FL 33130** | Line **2.8** |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | Unknown | Unknown |

**2.1** Priority creditor's name and mailing address
**IRS***
**Insolvency Support Group Unit**
**Stop 5730**
**7850 SW 6 Ct, Room 165**
**Fort Lauderdale, FL 33318**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**American Express**
**POB 981535**
**El Paso, TX 79998**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,317.65**

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 1005

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**BD**
**CR Bard Inc**
**POB 75767**
**Charlotte, NC 28275**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,570.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 3672

Is the claim subject to offset? ■ No ☐ Yes

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

**3.3** **Nonpriority creditor's name and mailing address**
**Boston Scientific**
**POB 951653**
**Dallas, TX 75395**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2405

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,980.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**C&W South Investments LLC**
**1860 SW Fountainview Blvd**
**Suite 100**
**Port Saint Lucie, FL 34986**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,389.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** October rent
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**Henry Schein**
**135 Duryea Rd**
**Melville, NY 11747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2800

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,116.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Jubilant Pharma**
**3525 N Regal**
**Spokane, WA 99207**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0579

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,698.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Kapitus LLC**
**2500 Wilson Blvd Suite 350**
**Arlington, VA 22201**
**Date(s) debt was incurred** 10/10/2022 & 07/17/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**LG Funding LLC**
**1218 Union Street**
**Brooklyn, NY 11225**
**Date(s) debt was incurred** 06/16/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**McKesson Corp**
**6555 State Hwy 161**
**Irving, TX 75039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,577.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Medical Supplies
Is the claim subject to offset? ■ No ☐ Yes

Debtor **TLC Medical Group, Inc.** Case number (if known)
Name

**3.10** **Nonpriority creditor's name and mailing address**
**Medtronic**
**51 James Way**
**Eatontown, NJ 07724**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3724

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Medical Equipment
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**QFS Capital**
**7901 4th Street N**
**Suite 13070**
**Saint Petersburg, FL 33702**
**Date(s) debt was incurred** 02/16/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$93,600.85**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**UFS**
**71 S Central Ave**
**Valley Stream, NY 11580**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Merchant Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**YAIMARA VILCHES LEWIS**
**care of Philip J. Castrovinci, Esq**
**584 NW University Blvd., Ste. 710**
**Port Saint Lucie, FL 34986**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Party to Divorce acttion with Debtor's principial Anthony Lewis
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Assistant US Attorney**<br>**Civil Division (Bankruptcy)**<br>**99 NE 4 Street 3rd Floor**<br>**Miami, FL 33132** | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Civil Process Clerk**<br>**US Attys Office**<br>**99 NE 4 Street**<br>**Suite 300, Civil Division**<br>**Miami, FL 33132** | Line 2.1<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jubilant**<br>**207 Kiley Dr**<br>**Salisbury, MD 21801** | Line 3.6<br>☐ Not listed. Explain ____ | _ |

Debtor **TLC Medical Group, Inc.** Case number (if known) ____
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **SBA*<br>409 3rd Street W<br>Washington, DC 20024** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Special Asst United States<br>Assoc Area Counsel (SBSE) - Ft Laud<br>1000 S Pine Island Rd<br>Suite 300<br>Fort Lauderdale, FL 33324** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Special Asst United States<br>Assoc Area Counsel (SBSE) Miami<br>POB 9, Stop 8000<br>51 SW 1 Ave<br>Miami, FL 33130** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **UFS<br>580 W Cheyenne Ave<br>Unit 90<br>North Las Vegas, NV 89030** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **United States Attoeny<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **United States Attorney General<br>Main Justice Bldg<br>950 Pennsylvania Ave, NW<br>Room 4400<br>Washington, DC 20530-0001** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **193,252.06** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **193,252.06** |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **(1) Philips Cardio MD dual head Nuclear Gamma Camera, computers, accessories SN: 05022301; (1) Radiation Dose calibrator; (1) Ludium 14C Survey meter with pancake probe or similar; (1) Syringe Shield; (1) L Lead shield; (1) Leaded Sharp Shield Container; (1) Hot lab lead protecting bricks; (1) Lead Waste Container; (1) Radio Wash Kit; (1) Heavy duty hot lab cart with security lock** | |
| State the term remaining | | **Amur Equipment Finance, Inc** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **H103-106 - 537 NW Lake Whitney Place** | |
| State the term remaining | | **C&W South Investments LLC**<br>**1860 SW Fountainview Blvd**<br>**Suite 100**<br>**Port Saint Lucie, FL 34986** |
| List the contract number of any government contract | | |

Debtor 1 **TLC Medical Group, Inc.**
First Name Middle Name Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Copy Machine** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Great American Finance** |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Anthony Lewis** | | **Amur Equipment Finance, Inc** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Anthony Lewis** | | **LG Funding LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.3 | **Anthony Lewis** | | **Kapitus LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.4 | **Anthony Lewis** | | **QFS Capital** | ■ D **2.7**<br>☐ E/F<br>☐ G |
| 2.5 | **Anthony Lewis** | | **Small Business Administration** | ■ D **2.9**<br>☐ E/F<br>☐ G |

Debtor    **TLC Medical Group, Inc.**                                    Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6    **Anthony Lewis** | **South State Bank NA** | ■ D    **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.7    **Anthony Lewis** | **Banker's Healthcare Group** | ■ D    **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.8    **Anthony Lewis** | **American Express** | ☐ D _____<br>■ E/F    **3.1**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **TLC Medical Group, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,018,244.64** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,806,097.16** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$1,554,984.37** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **to be provided by CPA** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **QFS Capital<br>7901 4th Street N<br>Suite 13070<br>Saint Petersburg, FL 33702** | **Debtor believes QFS is receiving insurance claim benefits.** | | **Unknown** |
| **IRS*<br>Insolvency Support Group Unit<br>Stop 5730<br>7850 SW 6 Ct, Room 165<br>Fort Lauderdale, FL 33318** | **Debtor believes the IRS may be receiving insurance claims benefits.** | | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor **TLC Medical Group, Inc.** Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Yamara Vilches Lewis Petitioner , and Anthony B. Lewis Respondent and Dele Plymouth Corporate Defendant and TLC Medical Group, Inc. Corporate Defendant<br>24-DR-1447 Family Division** | **Divorce** | **19th Judicial Cir., Saint Lucie County<br>218 S 2nd St., Fl 34950<br>Fort Pierce, FL 34950** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Oakwood University Music Wing** | **$3,000** | **1/27/2023** | **$3,000.00** |
| | **Recipients relationship to debtor** | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **TLC Medical Group, Inc.** Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Atty Roderick** | **Atty fees & Filing fee** | **August 2024** | **$8,758.00** |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |
| 11.2. | **Susan D. Lasky, PA**<br>**320 SE 18 Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees & Filing Fee** | **September-October 2024** | **$9,400.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor?<br>**paid by Anthony Lewis** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **TLC Medical Group Inc**<br>**537 NW Lake Whitney Place**<br>**Unit 103-106**<br>**Port Saint Lucie, FL 34986** | **cardiology practice** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**37 NW Lake Whitney Place Unit 103-106POB** | **How are records kept?**<br>*Check all that apply:*<br>■ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | **TLC Medical Group, Inc.<br>537 NW Lake Whitney Place<br>Suite 103-106<br>Port Saint Lucie, FL 34986** | **Healthcare** | EIN: **36-4855229**<br>From-To **12/21/2016-** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Dibartolomeo, Mcbee, Hartley & Barnes**<br>**2222 Colonial Blvd #201**<br>**Fort Pierce, FL 34950** | **11/2017-present** |
| 26a.2. | **Al Johnson**<br>**2057 S US 1**<br>**Fort Pierce, FL 34950** | **2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Dibartolomeo, Mcbee, Hartley & Barnes**<br>**2222 Colonial Blvd #201**<br>**Fort Pierce, FL 34950** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Al Johnson**<br>**2057 S US 1**<br>**Fort Pierce, FL 34950** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **TD Bank**<br>**1660 St Lucie West Blvd**<br>**Port Saint Lucie, FL 34986** |
| 26d.2. | **Southstate Bank**<br>**9815 S US1**<br>**Port Saint Lucie, FL 34952** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 . | **Tebra- Electronic Records/ Patient Records** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Tebra** |

Debtor **TLC Medical Group, Inc.** Case number *(if known)*

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Lewis** | **7679 Wlydwood Way<br>Port Saint Lucie, FL 34986** | **Sole Officer Director and Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anthony Lewis<br>7679 Wlydwood Way<br>Port Saint Lucie, FL 34986** | **$178,660.79- as of 9/2024** | | |
| | Relationship to debtor<br>**president** | | | |
| 30.2. | **YAIMARA VILCHES LEWIS<br>care of Philip J. Castrovinci, Esq<br>584 NW University Blvd., Ste. 710<br>Port Saint Lucie, FL 34986** | **$20,.000 from sale of property** | | |
| | Relationship to debtor<br>**ex wife** | | | |
| 30.3. | **Anthony Lewis<br>7679 Wlydwood Way<br>Port Saint Lucie, FL 34986** | **$20,000 from sale of property which was returned to debtor** | | |
| | Relationship to debtor<br>**owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 4, 2024**

**/s/ Anthony Lewis**
Signature of individual signing on behalf of the debtor

**Anthony Lewis**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re **TLC Medical Group, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Lewis** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 4, 2024**

Signature ***/s/* Anthony Lewis**
**Anthony Lewis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re **TLC Medical Group, Inc.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 4, 2024**

**/s/ Anthony Lewis**
**Anthony Lewis**/**President**
Signer/Title

American Express
POB 981535
El Paso, TX 79998

Amur Equipment Finance, Inc
1 North Lexington Avenue
Suite 1101
White Plains, NY 10601

Amur Equipment Finance, Inc

Anthony Lewis

Assistant US Attorney
Civil Division (Bankruptcy)
99 NE 4 Street 3rd Floor
Miami, FL 33132

Attorney General of the United States
US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Banker's Healthcare Group
10234 West State Road 84
Fort Lauderdale, FL 33324

Barry Schnittman
PO Box 810215
Boca Raton, FL 33481-0215

BD
CR Bard Inc
POB 75767
Charlotte, NC 28275

BHG Financial
201 Solar Street
Syracuse, NY 13204

Boston Scientific
POB 951653
Dallas, TX 75395

C&W South Investments LLC
1860 SW Fountainview Blvd
Suite 100
Port Saint Lucie, FL 34986

Civil Process Clerk
US Attys Office
99 NE 4 Street
Suite 300, Civil Division
Miami, FL 33132

Dave Fishman, Attorney
Small Business Admin
409 3 St SW
Washington, DC 20024

First Federal Savings Bank
301 East 9th Street PO Box 527
Rochester, IN 46975

Great American Finance

Henry Schein
135 Duryea Rd
Melville, NY 11747

IRS*
Insolvency Support Group Unit
Stop 5730
7850 SW 6 Ct, Room 165
Fort Lauderdale, FL 33318

Jubilant
207 Kiley Dr
Salisbury, MD 21801

Jubilant Pharma
3525 N Regal
Spokane, WA 99207

Kapitus LLC
2500 Wilson Blvd Suite 350
Arlington, VA 22201

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225


McKesson Corp
6555 State Hwy 161
Irving, TX 75039


Medtronic
51 James Way
Eatontown, NJ 07724


Port St Lucie Tax Collector
PO Box 308
Port Saint Lucie, FL 34953-0308


QFS Capital
7901 4th Street N
Suite 13070
Saint Petersburg, FL 33702


QFS Capital
7901 4th Street N Suite 13070
Saint Petersburg, FL 33702


Raychelle Tasher, Esq
Asst US Atty Civil Div (Bkcy)
US Atty Office, Southern Dist
99 NE 4 St., Ste 300
Miami, FL 33132


SBA*
409 3rd Street W
Washington, DC 20024


Small Business Administration
2 North 20th Street, Ste 320
Birmingham, AL 35203


South State Bank NA
200 South Indian River Dr
Fort Pierce, FL 34950

Special Asst United States
Assoc Area Counsel (SBSE) - Ft Laud
1000 S Pine Island Rd
Suite 300
Fort Lauderdale, FL 33324


Special Asst United States
Assoc Area Counsel (SBSE) Miami
POB 9, Stop 8000
51 SW 1 Ave
Miami, FL 33130


UFS
71 S Central Ave
Valley Stream, NY 11580


UFS
580 W Cheyenne Ave
Unit 90
North Las Vegas, NV 89030


United States Attoeny
Southern District of Florida
99 NE 4 St
Miami, FL 33132


United States Attorney General
Main Justice Bldg
950 Pennsylvania Ave, NW
Room 4400
Washington, DC 20530-0001


US Atty
Southern Dist of Florida
99 NE 4 St
Miami, FL 33132


US Attys Office
500 E Broward Blvd
Fort Lauderdale, FL 33394


US Small Business Administration
Attn Garrett Lenox Paralegal Specialist
US SBA
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701

US Small Business Administration
South Florida District Office
SBA District Office
51 SW 1st Ave., Suite 201
Miami, FL 33130

YAIMARA VILCHES LEWIS
care of Philip J. Castrovinci, Esq
584 NW University Blvd., Ste. 710
Port Saint Lucie, FL 34986